DAVID B. LOWRY
9900 SW Greenburg Road
Columbia Business Center, Suite 235
Portland, Oregon 97223
(503) 245-6309
OSB NO. 73372

Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

Tamara Self- Lanham

        **Plaintiff,**

vs.                                          Civil No. 04-cv-01079-HO

**Commissioner of Social Security**

        **Defendant.**                 ORDER GRANTING AWARD
                                              OF EAJA FEES

    Pursuant to Stipulation, and good cause appearing therefore,

    IT IS ORDERED, ADJUDGED and DECREED that the plaintiff is granted judgment against defendant in the amount of $5368.40 as and for EAJA Fees.

    Done this 5th day of Aug., 2005.

                                            Michael R. Hogan
                                           Judge

Page 1 - **ORDER GRANTING AWARD OF EAJA FEES**